# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 31, 2021

## NO. 03-19-00849-CV

**Michael De La Garza, Appellant**

**v.**

**Kyle Dunn d/b/a Texas Seceding Land and Capital, LLC, Appellee**

---

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND TRIANA**
**REVERSED AND REMANDED -- OPINION BY JUSTICE TRIANA**

---

This is an appeal from the "Final Judgment by Default Against Michael De La Garza" signed by the trial court on August 27, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. The Court concludes that the substitute service executed on June 18, 2019, did not strictly comply with the district court's order permitting such service. Therefore, the Court reverses the final default judgment and remands this cause to the district court for further proceedings. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.